WHYMAN & WHYMAN, Respondents, v. ALVIN I. PHILIPS, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.